**1**

**William H. Barnes and William Clark, Appellees, v. Steam Tug HERCULES, etc.; Cornell Steamboat Company, Appellant.**

Circuit Court of Appeals, Second Circuit.
June 4, 1928.

No. 296.

Appeal from the District Court of the United States for the Eastern District of New York.

Robert S. Erskine, Henry P. Elliott and Kirlin, Woolsey, Campbell, Hickox & Keating, all of New York City, for appellant.

Courtland Palmer and Hayes & Palmer, all of New York City, for appellees.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree affirmed.

**2**

**Roscoe H. HUPPER, as Receiver in Bankruptcy of Cuban Atlantic Transport Corporation, Libelant Appellee, v. UNITED STATES, as Owner of Steam Tugs Cleopatra, Barrenfork, and Bathalum, Respondent Appellant.**

Circuit Court of Appeals, Second ·Circuit.
June 4, 1928.

No. 338.

Appeal from the District Court of the United States for the Southern District of New York.

Charles H. Tuttle, U. S. Atty., of New York City (Arthur H. Longfellow, of New York City, and Frederick R. Conway, of Washington, D. C., of counsel), for the United States.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Robert S. Erskine, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (22 F.[2d] 321) affirmed, with costs.

**3**

**LIVERPOOL, BRAZIL & RIVER PLATE STEAM NAVIGATION COMPANY, Libelant Appelee, v. UNITED STATES, Respondent Appellant.**

Circuit Court of Appeals, Second Circuit.
May 21, 1928.

No. 290.

Appeal from the District Court of the United States for the Southern District of New York.

Charles H. Tuttle, U. S. Atty., of New York City (Charles E. Wythe, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Masten & Fearey, of New York City (Charles C. Burlingham and A. Howard Neely, both of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree (12 F.[2d] 128) affirmed, with costs.

**4**

**Bridget MAHONEY, as Administratrix of the Goods, Chattels and Credits Which Were of Michael Mahoney, Deceased, Plaintiff Appellee, v. INTERNATIONAL ELEVATING COMPANY, Inc., and Ellerman & Wilson, Limited, Impleaded, Defendants Appellants, and Ellerman's Wilson Line, New York, Inc., Defendant.**

Circuit Court of Appeals, Second Circuit.
June 25, 1928.

No. 355.

Appeal from the District Court of the United States for the Eastern District of New York.

Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (Cletus Keating and Vernon S. Jones, both of New York City, of counsel), for appellant Ellerman's Wilson Line, Limited.

William E. Lowther, of New York City (George F. Hickey, of New York City, of counsel), for appellant International Elevating Co.

Harry S. Austin, of New York City, for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment (23 F.[2d] 130) affirmed.